IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

RICHARD LEE LEWIS,                        )
                                          )
                    Petitioner            )
                                          )
        vs.                               )        No. CIV-05-447-C
                                          )
DAVID MILLER,                             )
                                          )
                    Respondent            )

MEMORANDUM OPINION AND ORDER

As it appears that Petitioner failed to timely remit the required filing through no fault

of his own, the Court declines, at this time, to adopt the Report and Recommendation of

Magistrate Judge Gary M. Purcell, and instead grants Petitioner an additional period of time

within which to remit the filing fee.

Accordingly, the Report and Recommendation of Judge Purcell is held in abeyance,

pending receipt of the required filing fee, and Petitioner is granted until June 20, 2005, within

which to submit to the Office of the Court Clerk the filing fee of $5.00, failing which, the

action will be dismissed without prejudice.

IT IS SO ORDERED this 31st day of May, 2005.

_____
ROBIN J. CAUTHRON
United States District Judge