IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD LEE LEWIS, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | No. CIV-05-447-C |
| ) | |
| EDWARD L. EVANS, Acting Director, ) | |
| ) | |
| Respondent ) | |

## J U D G M E N T

Upon consideration of the petition for writ of habeas corpus filed herein, the Report and Recommendation of the Magistrate Judge, as well as petitioner's objections thereto, and the Court's accompanying Order,

IT IS ORDERED, ADJUDGED AND DECREED that the petition for writ of habeas corpus be and the same is hereby denied.

DATED this 10th day of November, 2005.

ROBIN J. CAUTHRON
United States District Judge